IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGEL SUERO,

                Petitioner,

     v.

KAUFFMAN, et al.,

                Respondents.

CIVIL ACTION
NO. 19-1653

## ORDER

**AND NOW**, this 30th day of July 2021, upon consideration of Petitioner Rogel Suero's pro se Revised Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 10), Respondents' Response in Opposition (Doc. No. 16), the pertinent state court record, and upon review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 32) to which no objections have been filed, it is **ORDERED** as follows:

1.      The Report and Recommendation (Doc. No. 32) is **APPROVED** and **ADOPTED**.[1]

2.      The Revised Petition for a Writ of Habeas Corpus (Doc. No. 10) is **DENIED**.

3.      A certificate of appealability **SHALL NOT** issue because "reasonable jurists would [not] find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).

                        BY THE COURT:

                        /s/ Joel H. Slomsky
                        JOEL H. SLOMSKY, J.

---

[1]    As Magistrate Judge Perkin stated in the Report and Recommendation, Petitioner's four ineffective assistance of counsel claims and one "cumulative error" claim were all reasonably adjudicated on the merits in state court. (See Doc. No. 32 at 13-15, 18, 21-24.) Accordingly, this Court will approve and adopt the Report and Recommendation (Doc. No. 32).