IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGEL SUERO,

                      Petitioner,

    v.

KAUFFMAN, et al.,

                      Respondents.

CIVIL ACTION
NO. 19-1653

## ORDER

**AND NOW**, this 1st day of April 2022, upon consideration of Petitioner Rogel Suero's pro se Revised Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 10), Respondents' Response in Opposition (Doc. No. 16), the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 32), Petitioner's Objections to the Report and Recommendation (Doc. No. 39), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 32) is **APPROVED** and **ADOPTED**.

2. The Revised Petition for a Writ of Habeas Corpus (Doc. No. 10) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).


BY THE COURT:


/s/ Joel H. Slomsky____
JOEL H. SLOMSKY, J.